UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| MARIA TORRES,<br>       Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of,<br>Social Security,<br>       Defendant. | CIVIL NO. 1:07-CV-00753 OWW GSA<br><br>**O R D E R**<br><br>(Doc. #14) |

    Having considered Defendant's Motion for Enlargement of Time Within Which to File An Answer or other Responsive Pleading (First Request), and good cause appearing, the Court GRANTS Defendant's motion and extends the time within which Defendant may answer or otherwise respond to Plaintiff's Complaint up to and including January 14, 2008.

    IT IS SO ORDERED.

Dated: **November 29, 2007**              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE