1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  MARIA TORRES              )
                              )        1:07-CV-753 OWW GSA
14                            )
          Plaintiff,          )        STIPULATION AND ORDER
15                            )
    vs.                       )
16                            )
    COMMISSIONER OF           )
17  SOCIAL SECURITY,          )
                              )
18        Defendant.          )
                              )
19

20     IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted an extension of time, until February 15, 2008, in which to serve Plaintiff's Confidential

22  brief.  All remaining actions under the scheduling order filed shall proceed under the time limit

23  guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

1 | Dated: January 2, 2008        /s/ Sengthiene Bosavanh

2                                   SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

3

4 | Dated: January 24, 2008       MCGREGOR SCOTT
United States Attorney

5

6                                   By: /s/ Shea Lita Bond
(as authorized via facsimile/e-mail)
SHEA LITA BOND

7                                   Assistant Regional Counsel

    IT IS SO ORDERED.

    **Dated:   January 29, 2008**           **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE