1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES ) | 1:07-CV-0753 OWW GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on May 23, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: July 9, 2008                /s/ Sengthiene Bosavanh

                                   SENGTHIENE BOSAVANH, ESQ.
                                   Attorney for Plaintiff

Dated:
                                   MCGREGOR SCOTT
                                   United States Attorney

                                   By: /s/ Shea Lita Bond
                                   (as authorized via e-mail)
                                   Shea Lita Bond
                                   Assistant Regional Counsel

1 | IT IS SO ORDERED.

2 | **Dated:   July 10, 2008**                                       /s/ Oliver W. Wanger
                                                                     UNITED STATES DISTRICT JUDGE